IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| FASTSERVERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. C 07-2057 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TLDS, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the Report and Recommendation of the Magistrate Judge, filed August 31, 2007. Adopted.

On August 30, 2007, plaintiff filed an ex parte motion for temporary restraining order. The court referred the matter to the Magistrate Judge for a Report and Recommendation.[1] Noting that plaintiff failed to comply with the requirements of FRCP 65(b), Judge Scoles recommended the request for a temporary restraining order be denied, and recommended that the motion for preliminary injunction be set for hearing, with appropriate notice given to defendants.

For the reasons set forth therein, the Report and Recommendation shall be adopted, and this matter shall be referred to the Magistrate Judge for a Report and Recommendation on the request for a preliminary injunction.

---

[1] Hon. John S. Scoles, U.S. Magistrate Judge.

It is therefore

ORDERED

Report and Recommendation adopted. Plaintiff's Motion for Temporary Restraining Order denied. This matter is referred to the Magistrate for a Report and Recommendation on the plaintiff's Motion for Preliminary Injunction.

September 6, 2007.

*Edward J. McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT